**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marcos VELAZQUEZ, Defendant–Appellant.**

No. 14–10312.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2015.*

Filed July 29, 2015.

Mark S. Kokanovich, Mark J. Wenker, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Douglas Erickson, Phoenix, AZ, for Defendant–Appellant.

Marcos Velazquez, Douglas, AZ, pro se.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

Marcos Velazquez appeals from the district court's judgment and challenges his guilty-plea conviction and 60–month sentence for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii), 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Velazquez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Velazquez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Velazquez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.